B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Massachusetts | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Noble, Douglas B.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3473** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**156 Shipyard Drive**<br>**Hingham, MA**<br>ZIP Code **02043** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Plymouth** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13  ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                           Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Noble, Douglas B.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Noble, Douglas B.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Douglas B. Noble**
Signature of Debtor **Douglas B. Noble**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**May 26, 2015**
Date

### Signature of Attorney*

**X** **/s/ David B. Madoff**
Signature of Attorney for Debtor(s)

**David B. Madoff 552968**
Printed Name of Attorney for Debtor(s)

**Madoff & Khoury LLP**
Firm Name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**

Address

**Email: alston@mandkllp.com**
**508-543-0040  Fax: 508-543-0020**
Telephone Number

**May 26, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# OFFICIAL FORM 7

## United States Bankruptcy Court
### District of Massachusetts

In re   **Douglas B. Noble** _____     Case No. _____
                                    Debtor(s)              Chapter   **7** _____

## DECLARATION RE: ELECTRONIC FILING

PART I- DECLARATION OF PETITIONER

    I [We] _____**Douglas B. Noble**_____, *hereby declare(s) under penalty of perjury* that all of the information contained in my Petition, Schedules, Statement of Financial Affairs (singly or jointly the "Document"), filed electronically, is true and correct.  I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.  I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

    I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:   May 26, 2015

                    Signed: _____
                              **Douglas B. Noble**
                              (Affiant)

PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

    I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011.  I have reviewed and will comply with the provisions of MEFR 7.

Dated:   May 26, 2015

                    Signed: _____
                              David B. Madoff 552968
                              Attorney for Affiant

B1 (Official Form 1)(04/13) | Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Noble, Douglas B.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X _[signature]_  5/26/15  Signature of Attorney for Debtor(s)  (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Noble, Douglas B.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor **Douglas B. Noble**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**May 26, 2015**
Date

X _____
Signature of Attorney for Debtor(s)
**David B. Madoff 552968**
Printed Name of Attorney for Debtor(s)
**Madoff & Khoury LLP**
Firm Name
**124 Washington Street, Suite 202**
**Foxborough, MA 02035**

_____
Address

**Email: alston@mandkllp.com**
**508-543-0040 Fax: 508-543-0020**
Telephone Number

**May 26, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### District of Massachusetts

In re    **Douglas B. Noble**                   ,      Case No. _____

                               Debtor

Chapter _____ **7** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 532,298.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,100,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | 8,273.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 7,441,894.37 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,283.00 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 532,298.00 | | |
| Total Liabilities | | | | 9,550,167.37 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of Massachusetts

In re    **Douglas B. Noble**                                                   ,    Case No. _____

                                              Debtor

                                                        Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Douglas B. Noble**                                          ,    Case No. _____
                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Douglas B. Noble**                                                                          ,         Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **On Hand** | - | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Santander Bank Checking/Savings** | - | 283.00 |
| | | **Rockland Trust Company Checking/Savings** | - | 2,635.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous Home furnishings** | - | 3,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Oil Paintings -- Paid approximately $3,000 for all** | - | 3,000.00 |
| 6. Wearing apparel. | | **Miscellaneous men's clothing** | - | 1,000.00 |
| 7. Furs and jewelry. | | **Men's ring - Three diaminds approx. 1/4 karat each** | - | 1,000.00 |
| | | **Two men's Cartier watches 10  and 20 years old respectively.  Value uncertain** | - | 4,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Golf clubs 30 years old** | - | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Metlife Term Policy ($500,000 death benefit) - no cash value.  Maintained per probate court order for benefit of second ex-wife.** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >       | 15,568.00 |
|---|---|---|
|  | (Total of this page) | |

 __3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Douglas B. Noble** _____ ,   Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **CC Ten WR LLC; CC Ten, LLC; LLC; JADD Consulting LLC; Tenspa Holdings, LLC -- All businesses owned by Debtor, which have ceased operations, but are not yet dissolved.  No assets in any such corporations.  Dissolved businesses are listed on SOFA #18.** | - | 0.00 |
| | | **WEJJ-MED Realty LLC -- Debtor is one half owner of Company with substantial realty holdings and medical receivables.  Realty holdings are substantially underwater.  Stated value is inexact estimate of Debtor's interest in receivables.  Debtor's interest subject to security interest of Barry Kirshner, which exceeds assets.** | - | 500,000.00 |
| | | **F.S. Pops, LLC -- Owns special-issued, restricted Boston liquor license, which is non-transferable. Debtor has tried unsuccessfully to liquidate it or lift restriction.** | - | 0.00 |
| | | **Seahorse Power Company, Inc., Newton, MA. Debtor owns undetermined amount of shares in company that makes Fat Belly recycle bins.  Debtor has attempted to sell back shares unsuccessfully. Paid $100,000 in 2006.** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total >   **500,000.00**
(Total of this page)

Sheet __1__ of __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Douglas B. Noble**                                                          ,      Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Promissory Note from Tenspa Holdings, LLC ($2,500,000). Business is closed, recovery unlikely** | - | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Liquor License -- See Question 13 (F.S. Pops, LLC)** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2014 Hyundai Tucson SUV, Good condition, 18,000 miles.** | - | 16,730.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >        16,730.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Douglas B. Noble**                                                ,    Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Debtor established a trust, to be funded upon his death, for benefit of his family.  There are currently no assets to fund the trust, and no assets have been placed in the trust to date.** | **-** | **0.00** |

Sub-Total >          **0.00**
(Total of this page)

Sheet __3__ of __3__ continuation sheets attached        Total >          **532,298.00**
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re    **Douglas B. Noble**                                    ,          Case No. _____

                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **On Hand** | **Mass. Gen. Laws c. 235, § 34(15)** | **100.00** | **100.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Santander Bank Checking/Savings** | **Mass. Gen. Laws c. 246, § 28A** | **283.00** | **283.00** |
| **Rockland Trust Company Checking/Savings** | **Mass. Gen. Laws c. 246, § 28A** | **2,177.00** | **2,635.00** |
| | **Mass. Gen. Laws c. 235, § 34(15)** | **458.00** | |
| **Household Goods and Furnishings** | | | |
| **Miscellaneous Home furnishings** | **Mass. Gen. Laws c.235, § 34(2)** | **3,500.00** | **3,500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Oil Paintings -- Paid approximately $3,000 for all** | **Mass. Gen. Laws c.235, § 34(2)** | **3,000.00** | **3,000.00** |
| **Wearing Apparel** | | | |
| **Miscellaneous men's clothing** | **Mass. Gen. Laws c.235, § 34(1)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** | | | |
| **Men's ring - Three diaminds approx. 1/4 karat each** | **Mass. Gen. Laws c. 235, § 34(18)** | **1,000.00** | **1,000.00** |
| **Two men's Cartier watches 10  and 20 years old respectively.  Value uncertain** | **Mass. Gen. Laws c. 235, § 34(18)** | **225.00** | **4,000.00** |
| | **Mass. Gen. Laws c. 235, § 34(17)** | **3,775.00** | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2014 Hyundai Tucson SUV, Good condition, 18,000 miles.** | **Mass. Gen. Laws c. 235, § 34(16)** | **15,000.00** | **16,730.00** |
| | **Mass. Gen. Laws c. 235, § 34(17)** | **1,730.00** | |

|  |  |  |  |
|---|---|---|---|
| | Total: | **32,248.00** | **32,248.00** |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Douglas B. Noble**                                                                  ,     Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **WEJJ-MED Realty LLC; F.S. Pops, LLC** | | | | | |
| **Barry Kirshner**<br>**15 Thorney Lea Road**<br>**Sharon, MA 02067** | - | | | | | X | | |
| | | | Value $              **500,000.00** | | | | 2,100,000.00 | 1,600,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

**0**   continuation sheets attached

| | Subtotal<br>(Total of this page) | 2,100,000.00 | 1,600,000.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 2,100,000.00 | 1,600,000.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re    **Douglas B. Noble**                                                                 Case No. _____
                                                                                    ,
                                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**5**   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Douglas B. Noble**                                              ,         Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Abby Schwab**<br>**437 Water Street**<br>**Framingham, MA 01701** | - | | Healthclub Payroll | | | X | 700.00 | 0.00 | 700.00 |
| Account No.<br><br>**Alejandra Hernandez**<br>**478 Trapelo Road, Apt. 2**<br>**Belmont, MA 02478** | - | | Healthclub Payroll | | | X | 2,080.00 | 0.00 | 2,080.00 |
| Account No.<br><br>**Angulo Esmilda**<br>**50 Dinsmore Avenue, #210**<br>**Framingham, MA 01702** | - | | Healthclub Payroll | | | X | 307.00 | 0.00 | 307.00 |
| Account No.<br><br>**Aukstikalis Gilija**<br>**11 Staten Road**<br>**Braintree, MA 02184** | - | | Healthclub Payroll | | | X | 150.00 | 0.00 | 150.00 |
| Account No.<br><br>**Barb Norton**<br>**234 Brewer Street**<br>**Northborough, MA 01532** | - | | Healthclub Payroll | | | X | 252.00 | 0.00 | 252.00 |

Sheet __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 3,489.00 | 3,489.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Douglas B. Noble**                                                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Healthclub Payroll | | | | | | |
| Beth Gifford 22 Hardwick Road Natick, MA 01760 | - | | | | | X | 641.00 | 0.00 | 641.00 |
| Account No. | | | Healthclub Payroll | | | | | | |
| Christina Zazzara 66 Dacella Road Dedham, MA 02026 | - | | | | | X | 37.00 | 0.00 | 37.00 |
| Account No. | | | Healthclub Payroll | | | | | | |
| Emily Lofliln 25 Willis Street, Apt. 31 Framingham, MA 01702 | - | | | | | X | 20.00 | 0.00 | 20.00 |
| Account No. | | | Healthclub Payroll | | | | | | |
| Erica Kotin 3 Keane Terrace Natick, MA 01760 | - | | | | | X | 457.00 | 0.00 | 457.00 |
| Account No. | | | Healthclub Payroll | | | | | | |
| Gladu Shari 22 Ferndale Road Natick, MA 01760 | - | | | | | X | 65.00 | 0.00 | 65.00 |

Sheet  **2**   of  **5**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 1,220.00 | 1,220.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Douglas B. Noble** , Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Healthclub Payroll | | | | | |
| Heather Cadman 13 Maple Lane Framingham, MA 01702 | - | | | | | X | 1,009.00 | 0.00 / 1,009.00 |
| Account No. | | | Healthclub Payroll | | | | | |
| Jenny Fotopoulos 319 East Street, Apt. 304 Dedham, MA 02026 | - | | | | | X | 409.00 | 0.00 / 409.00 |
| Account No. | | | Healthclub Payroll | | | | | |
| Jocelyn Bergeron 16 Wolfe Street West Roxbury, MA 02132 | - | | | | | X | 125.00 | 0.00 / 125.00 |
| Account No. | | | Healthclub Payroll | | | | | |
| Julie Montalfo 6 Allison Way Natick, MA 01760 | - | | | | | X | 967.00 | 0.00 / 967.00 |
| Account No. | | | Healthclub Payroll | | | | | |
| Karen Fishman 313 Union Street Ashland, MA 01721 | - | | | | | X | 162.00 | 0.00 / 162.00 |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) — 2,672.00 — 0.00 / 2,672.00

B6E (Official Form 6E) (4/13) - Cont.

In re    **Douglas B. Noble**
                                                                              ,    Case No. _____
                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Linda Ledbetter <br> 21 Leach Lane <br> Natick, MA 01760 | - | | Healthclub Payroll | | | X | 117.00 | 0.00 | 117.00 |
| Account No. <br><br> Melissa Kelleher <br> 288 Beech Street, Apt. 1 <br> Roslindale, MA 02131 | - | | Healthclub Payroll | | | X | 55.00 | 0.00 | 55.00 |
| Account No. <br><br> Nicole Casagrande <br> 30 James Street <br> Framingham, MA 01701 | - | | Healthclub Payroll | | | X | 54.00 | 0.00 | 54.00 |
| Account No. <br><br> Paola Pacella <br> 74 Berline Street <br> Dedham, MA 02026 | - | | Healthclub Payroll | | | X | 36.00 | 0.00 | 36.00 |
| Account No. <br><br> Patricia Johnson <br> 25 River Street, Apt. 2 <br> Braintree, MA 02184 | - | | Healthclub Payroll | | | X | 488.00 | 0.00 | 488.00 |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 750.00 | 750.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Douglas B. Noble**                                           ,          Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Patty McDonough 44 Bronx Road West Roxbury, MA 02132** | - | | Healthclub Payroll | | | X | 99.00 | 0.00 | 99.00 |
| Account No. **Susan Doublani 115 Lagrange Street West Roxbury, MA 02132** | - | | Healthclub Payroll | | | X | 43.00 | 0.00 | 43.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 142.00 | 0.00 142.00 |
| Total (Report on Summary of Schedules) | 8,273.00 | 0.00 8,273.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re  **Douglas B. Noble**                                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **1400 Road Associates c/o The Hamilton Company 34 Brighton Avenue Allston, MA 02134** | - | | | | | X | 0.00 |
| Account No. | | | Business Debt | | | | |
| **21st Century Family Fitness CEO Kim Trapilo c/o Norwell Athletic Club 412 Washington Street Norwell, MA 02061** | - | | | | | X | 0.00 |
| Account No. | | | Business Debt | | | | |
| **A.Liboratorie & Sons 7B Winthrop Street Framingham, MA 01702** | - | | | | | X | 0.00 |
| Account No. | | | Business Debt | | | | |
| **ADP 7000 Village Drive Buena Park, CA 90621** | - | | | | | X | 6,260.37 |

|  |  | Subtotal (Total of this page) | 6,260.37 |
|---|---|---|---|

__13__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Douglas B. Noble**                                                    ,    Case No. _____
                                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**AK Partners - Al Ross**<br>**c/o Kennedy, Hentoff & Patterson**<br>**181 Wells Avenue**<br>**Newton Center, MA 02459** | - | | | **Business Debt** | | | | 1,998,543.00 |
| Account No. **xxxxxxxxxxxx3923**<br><br>**American Express**<br>**c/o Zwicker & Associates**<br>**200 Minuteman Road, Ste. 202**<br>**Andover, MA 01810** | - | | | **12/1992**<br>**Credit Card Purchases** | | | | 29,406.00 |
| Account No.<br><br>**Bank of America**<br>**36 New State Highway**<br>**Raynham, MA 02767** | - | | | **Business Debt** | | | X | 261,061.00 |
| Account No. **xxxxxx9901**<br><br>**Bank of America**<br>**PO Box 982235**<br>**El Paso, TX 79998** | - | | | **08/2007**<br>**Credit Card Purchases** | | | | 31,659.00 |
| Account No. **xxxxxx9993**<br><br>**Bank of America**<br>**PO Box 9822235**<br>**El Paso, TX 79998** | - | | | **08/1998**<br>**Credit Card Purchases** | | | | 26,547.00 |

Sheet no. __1__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,347,216.00

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas B. Noble** ,                    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Credit Card Purchases | | | | |
| **Bloomingdales** c/o Capital Management Services 698 1/2 So. Ogden Street Buffalo, NY 14206 | - | | | | | | | | 2,729.00 |
| Account No. | | | | | Business Debt | | | | |
| **Blue Cross Blue Shield** PO Box 371318 Pittsburgh, PA 15250 | - | | | | | | | X | 0.00 |
| Account No. | | | | | Business Debt | | | | |
| **BMI General Music Licensing** PO Box 406741 Atlanta, GA 30384 | - | | | | | | | X | 0.00 |
| Account No. | | | | | Business Debt | | | | |
| **Brookline Ice** c/o Carl Brugnoli, Esq. PO Box 320530 West Roxbury, MA 02132 | - | | | | | | | X | 0.00 |
| Account No. | | | | | Credit Card Purchases | | | | |
| **Capital One** c/o Schreiber/Cohen LLC 53 Stiles Road - Ste A102 Salem, NH 03079 | - | | | | | | | | 1,684.00 |

Sheet no. __2__ of __13__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)      4,413.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Douglas B. Noble**                                                                                  ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Carmen Nappa** <br> **528 Chestnut Street** <br> **Franklin, MA 02038** | - | | | **Business Debt** | | | X | |
| | | | | | | | | 0.00 |
| Account No. <br><br> **Cartridge World Weymouth** <br> **646 Middle Street** <br> **East Weymouth, MA 02189** | - | | | **Business Debt** | | | X | |
| | | | | | | | | 0.00 |
| Account No.  **xx2970** <br><br> **CBNA** <br> **PO Box 769006** <br> **San Antonio, TX 78245** | - | | | **6/2007** <br> **Credit Card Purchaess** | | | | |
| | | | | | | | | 0.00 |
| Account No. <br><br> **Chase Bank** <br> **c/o United Recovery Systems** <br> **PO Box 722929** <br> **Houston, TX 77272** | - | | | **Credit Card Purchases** | | | | |
| | | | | | | | | 38,720.00 |
| Account No.  **xxxxxxx4366** <br><br> **Citibank** <br> **c/o Capital Management Services** <br> **698 1/2 So. Ogden Street** <br> **Buffalo, NY 14206** | - | | | **04/1993** <br> **Credit Card Purchases** | | | | |
| | | | | | | | | 81,729.00 |

Sheet no.  **3**  of  **13**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **120,449.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Douglas B. Noble**                                                                        ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Columbia Gas of MA PO Box 742514 Cincinnati, OH 45274 | - | | | | | | | X | 0.00 |
| Account No. | | | | | Business Debt | | | | |
| Comcast PO Box 1577 Newark, NJ 07101 | - | | | | | | | X | 0.00 |
| Account No. | | | | | Business Debt | | | | |
| De Lage Laden Financial Services 111 Old Eagle School Road Wayne, PA 19087 | - | | | | | | | X | 25,000.00 |
| Account No. | | | | | Business Debt | | | | |
| Deb Petro 11 Pitt Road Framingham, MA 01701 | - | | | | | | | X | 0.00 |
| Account No. | | | | | Business Debt | | | | |
| DSCI PO Box 984001 Boston, MA 02298 | - | | | | | | | X | 0.00 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **25,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Douglas B. Noble__ _____,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | **Business Debt** | | | | |
| **Elina Salon and Day Spa, Inc.** **c/o Roger Mavrides** **20 Thoreau Road** **Canton, MA 02021** | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | **Business Debt** | | | | |
| **Empire Engineering** **263 Revere Street** **Canton, MA 02021** | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | **Business Debt** | | | | |
| **Facilico Electrical Contracting** **10 Walnut Hill Park** **Woburn, MA 01801** | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | **Business Debt** | | | | |
| **Frank Lamperelli** **1026 Turnpike Street** **Canton, MA 02021** | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | **Trade Debt** | | | | |
| **G& B Properties** **c/o Neal Bingham, Esq.** **Davis Malm D'Agostine** **One Boston Place, 37th Floor** **Boston, MA 02108** | - | | | | | | X | |
| | | | | | | | | 1,000,000.00 |

Sheet no. __5__ of __13__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)

| | |
|---|---|
| | 1,000,000.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Douglas B. Noble** _____ ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| George and Phyllis Glass 2450 Presidential Way West Palm Beach, FL 33401 | - | | | | | | 400,000.00 |
| Account No. | | | Business Debt | | | | |
| Gorham Fire Appliance Co 288 Willard Street Quincy, MA 02169 | - | | | | | X | 0.00 |
| Account No. | | | Business Debt | | | | |
| Guardian PO Box 677458 Dallas, TX 75267 | - | | | | | X | 0.00 |
| Account No. | | | Business Debt | | | | |
| Harvard Pilgrim Insurance PO Box 970050 Boston, MA 02297 | - | | | | | X | 0.00 |
| Account No. | | | Business Debt | | | | |
| HT Berry Co., Inc. 50 North Street Canton, MA 02021 | - | | | | | X | 2,021.00 |

Sheet no.  **6**  of  **13**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

402,021.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Douglas B. Noble**                                    ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **Jay Epstein** **2704 Monrovia Drive** **Las Vegas, NV 89117** | - | | | | | | 165,595.00 |
| Account No. | | | Business Debt | | | | |
| **Kathleen Potts** **c/o Joshua D. Krell, Esq.** **Clark, Hunt, Ahern & Embry** **150 Cambridgepark Drive** **Cambridge, MA 02140** | - | | | | | X | 3,000.00 |
| Account No. | | | Professional Fees | | | | |
| **Kennedy Hentoff and Patterson LLP** **181 Wells Ave, #301** **Newton Center, MA 02459** | - | | | | | | 2,000.00 |
| Account No. | | | Business Debt | | | | |
| **Kimberly Trapilo** **135 Circuit Street** **Norwell, MA 02061** | - | | | | | X | 252,492.00 |
| Account No. | | | Business Debt | | | | |
| **Lecor-Med, Inc.** **52 Knapp Center** **Brockton, MA 02301** | - | | | | | X | 0.00 |

Sheet no. __7__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        423,087.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas B. Noble** _____,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **Linsey Ent. Ltd. Partnership c/o M. Engleberg and L. Milgrim P.A. 4040 Sheridan Street Hollywood, FL 33021** | - | | | | | | 500,000.00 |
| Account No. | | | Business Debt | | | | |
| **Mahar Chokair 1010 East Street Dedham, MA 02026** | - | | | | | X | 0.00 |
| Account No. | | | Business Debt | | | | |
| **Mark Abrams c/o STAR Printing Corp. 1200 W. Chestnut Street Brockton, MA 02301** | - | | | | | | 313,792.00 |
| Account No. | | | Business Debt | | | | |
| **Mark Epstein 6463 So. Dallas Court Englewood, CO 80111** | - | | | | | | 165,595.00 |
| Account No. | | | Business Debt | | | | |
| **Mcilpack Inc 7614 NW 6th Avenue Boca Raton, FL 33487** | - | | | | | X | 0.00 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

979,387.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas B. Noble** ,                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Mister Vincent Hair Salon 1749 Central Street Stoughton, MA 02072 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Nancy Gauthier 2000 Presidential Way, #1001 West Palm Beach, FL 33401 | | - | | | | | | |
| | | | | | | | | 253,033.00 |
| Account No. | | | | Business Debt | | | | |
| NSTAR Gas and Electric One NSTAR Way NW210A Westwood, MA 02090 | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| OCW - Retail - Canton LLC c/o Wilder Companies 800 Boylston Street - Ste. 1300 Boston, MA 02199 | | - | | | | | X | |
| | | | | | | | | 90,000.00 |
| Account No. | | | | Business Debt | | | | |
| Quill PO Box 37600 Philadelphia, PA 19101 | | - | | | | | X | |
| | | | | | | | | 0.00 |

| Sheet no. __9__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 343,033.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Douglas B. Noble**                                                          ,        Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Revolution Service Corp. 71 Elm Street, Unit 5 Foxboro, MA 02035 | | - | | | | | X | 0.00 |
| Account No. | | | | Business Debt | | | | |
| RG Shakour 254 Turnpike Road Westborough, MA 01581 | | - | | | | | X | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Richard Trapilo c/o CP Bourg 5 Samuel Barnett Road New Bedford, MA 02745 | | - | | | | | X | 138,040.00 |
| Account No. | | | | Business Debt | | | | |
| RK Associates 450 Providence Hwy Dedham, MA 02026 | | - | | | | | | 5,841.00 |
| Account No. | | | | Business Debt | | | | |
| Ruth Abrams c/o Mark Abrams STAR Printing Corp. 1200 W. Chestnut Street Brockton, MA 02301 | | - | | | | | | 60,302.00 |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**204,183.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Douglas B. Noble**                                                    ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Business Debt | | | X | |
| **Scott Herritt c/o Smithfield Kitchen 560 Tremont Street Boston, MA 02118** | | | | | | | | | **0.00** |
| Account No. **xxxxxxxx3048** | | | - | | 10/2010 Credit Card Purchases | | | | |
| **Sears/CBNA PO Box 6282 Sioux Falls, SD 57117** | | | | | | | | | **1,021.00** |
| Account No. | | | - | | Business Debt | | | X | |
| **Sheila Grove Trustee 560-562 Tremont St. Realty Trust 560 Tremont Street Boston, MA 02118** | | | | | | | | | **0.00** |
| Account No. | | | - | | Business Debt | | | X | |
| **Stephen and Sally Goldman 5 Vinewood Road Milton, MA 02186** | | | | | | | | | **331,723.00** |
| Account No. | | | - | | Business Debt | | | X | |
| **Steven D. Frank, Esq. 161 Worcester Road, Suite 302 Framingham, MA 01701** | | | | | | | | | **0.00** |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **332,744.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas B. Noble** ,                    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx6216** | | | | 4/2009 Credit Card Purchases | | | | |
| **Sychronny Bank/Care Credit PO Box 965036 Orlando, FL 32896** | - | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| **Thelma Linsey c/o Kennedy, Hentoff & Patterson 181 Wells Avenue Newton Center, MA 02459** | - | | | | | | | 500,000.00 |
| Account No. | | | | Business Debt | | | | |
| **Town of Dedham 26 Bryant Street PO Box 306 Dedham, MA 02027** | - | | | | | | X | 0.00 |
| Account No. | | | | Business Debt | | | | |
| **Town of Natick 13 East Central Street Natick, MA 01760** | - | | | | | | X | 0.00 |
| Account No. **xxxxxx4846** | | | | 10/1998 Credit Card Purchases | | | | |
| **US Air Mastercard c/o First Financial Asset Management PO Box 56245 Atlanta, GA 30343** | - | | | | | | | 79,101.00 |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

579,101.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas B. Noble** ,                 Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| WB Mason P.O. Box 55840 Boston, MA 02205-5840 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Wendy Donohue c/o Lustria Salon and Spa 1400 Worcester Road Natick, MA 01760 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| West Mechanical, Inc. PO Box 2627 Westwood, MA 02090 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Z Design Studio, Inc. c/o Shahen Zarookian 100 Gilbert Road Belmont, MA 02478 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| ZVI Construction Co., LLC 131 Dummer Street Brookline, MA 02446 | - | | | | | | X | |
| | | | | | | | | 675,000.00 |

Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 675,000.00 |
| Total (Report on Summary of Schedules) | | 7,441,894.37 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Douglas B. Noble**                                                                                      ,        Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Douglas B. Noble**                       ,      Case No. _____
                                           Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Corey and Courtney Nappa**<br>**528 Chestnut Street**<br>**Franklin, MA 02038** | **Several business debts** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Douglas B. Noble** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income                                      12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

### Part 2:        Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ ____ 0.00 | $ ____ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ ____ 0.00 | +$ ____ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ ____ 0.00 | $ ____ N/A |

Debtor 1   **Douglas B. Noble**                                            Case number (*if known*)

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ N/A

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00   $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 0.00 +  $ N/A  = $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 0.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: **Debtor's only source of income was from WEJJ-Med, LLC, which has been repossessed by secured creditor.  Debtor expects to obtain consulting work in the future.**

**Fill in this information to identify your case:**

Debtor 1  **Douglas B. Noble**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number
(If known)

Check if this is:

☐  An amended filing

☐  A supplement showing post-petition chapter 13 expenses as of the following date:

MM / DD / YYYY

☐  A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                      12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

   ☐ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.        ☐ Yes.   Fill out this information for each dependent..............

   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No<br>☐ Yes |
   | | | ☐ No<br>☐ Yes |
   | | | ☐ No<br>☐ Yes |
   | | | ☐ No<br>☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ☐ No
                                       ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    | 4. $  **1,000.00**

   If not included in line 4:

| | | | |
|---|---|---|---|
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1   **Douglas B. Noble**                                             Case number (if known)

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 100.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 300.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 500.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 100.00 |
| 10. | **Personal care products and services** | | 10. | $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 200.00 |
| | 15b. | Health insurance | 15b. | $ | 1,100.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 100.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. | $ | 4,333.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | | 21. | +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. | $ | 8,283.00 |
| 23. | **Calculate your monthly net income.** | | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 0.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. | -$ | 8,283.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | -8,283.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.
Explain:
> **Family is assisting with expenses until Debtor obtains work**

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## District of Massachusetts

In re   **Douglas B. Noble** _____    Case No. _____
                                          Debtor(s)          Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**35**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 26, 2015** _____        Signature    **/s/ Douglas B. Noble** _____
                                                          **Douglas B. Noble**
                                                          Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### District of Massachusetts

In re   **Douglas B. Noble** _____   Case No. _____

_____ Debtor(s)   Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$92,740.00** | **2015 YTD: Business Income** |
| **$114,500.00** | **2014 Business Income** |
| **$91,597.00** | **2013: Business Income** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$160,000.00** | **Amount is approximate refunds from 2013/2014 audit of 2010 tax return** |

B7 (Official Form 7) (04/13)
2

**3. Payments to creditors**

None
■
*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐
b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Mark Abrams** **c/o Star Printing Corp.** **1200 West Chestnut Street** **Brockton, MA** | **Monthly** | **$2,745.00** | **$313,000.00** |
| **Ruth Abrams** **c/o Mark Abrams** **STAR Printing Corp.** **1200 W. Chestnut Street** **Brockton, MA 02301** | **Monthly** | **$527.00** | **$0.00** |
| **De Lage Laden Financial Services** **c/o Marshall Kizner** **Stark & Stark** **993 Lenox Dr. - Bldg 2** **Lawrence Township, NJ 08648** | | **$1,000.00** | **$25,000.00** |
| **Madoff & Khoury LLP** | **Monthly** **See Question 9** | **$2,500.00** | **$0.00** |

None
■
c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Express Bank v. Noble, 12-3876** | **Lawsuit** | **Suffolk Superior Court** | **Pending** |
| **ZVI Construction Co. v. F.S. Pops LLC et al., 12-1229** | **Lawsuit** | **Suffolk Superior Court** | **Pending** |
| **Bank of America, N.A. v. Ticket City, Inc. et al., BRCV2014-00274-A** | **Lawsuit** | **Bristol Superior Court** | **Pending** |
| **De Lage Landen Fin. Ser., Inc. v. Tenxclub Norwell LLC, 13-06493** | **Lawsuit** | **Supreme Court of PA, Chester County** | **Pending** |
| **Trapilo v. Tenxclub Norwell LLC, 12-2051** | **Lawsuit** | **Norfolk Superior Court** | **Pending** |
| **G&B Properties, LLC v. Noble, 11-4739** | **Lawsuit** | **Suffolk Superior Court** | **Pending** |
| **R.K. Associates, Inc. v. Noble, 1554SC000024** | **Lawsuit** | **Dedham District Court** | **Pending** |
| **OCW Retail-Canton, LLC v. Noble, SUCV2013-02620** | **Lawsuit** | **Suffolk Superior Court** | **Judgment** |
| **OCW Retail-Canton, LLC v. Noble, 2014 01 SP 000028** | **Supplementary Process** | **Boston Municipal Court** | **Pending** |

None  ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None  ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Barry Kirshner** **15 Thorney Lea Road** **Sharon, MA 02067** | **May 2015** | **Took possession of WEJJ-Med assets.** |

---

**6. Assignments and receiverships**

None  ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                      4

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Madoff & Khoury LLP** | **May 21, 2015** | **$4,665.00** |
| **Bankruptcy Court** | **May 21, 2015** | **$335.00** |
| **Cricket Credit Counseling** | **May 21, 2015** | **$35.00** |
| **Madoff & Khoury LLP** | **March 2015** | **$2,500.00** |

**10. Other transfers**

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                      5

None   ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None   ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None   ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None   ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None   ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None   ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **4 Brook Street** **Scituate, MA** | | **1 year** |

B7 (Official Form 7) (04/13)                                                                                                          6

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                                    7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **CC Ten WR LLC** | | | **Health Club** | **2008-2014** |
| **CC Ten, LLC** | | | **Health Club** | **2006-2014** |
| **F.S. Pops, LLC** | | | | **2006 - Present** |
| **Healthcare Biotech Solutions** | | | **Healthcare** | **2007-2011** |
| **Jadd Consulting LLC** | | | **Consulting Services** | **2014-present (but not operating)** |
| **Specialty Medical EQuipment** | | | **Medical Equipment** | **2003-2013** |
| **The Educe Foundation Corp.** | | | | **2006-2012** |
| **Ticket City, Inc.** | | | **Ticket Broker** | **1994-2013** |
| **WEJJ-Med Realty LLC** | | | **Healthcare, Real Estate** | **Ongoing** |
| **Commonwealth Communities Dev. Co. Inc.** | | | **Healthcare** | **1995-2012** |
| **Commonwealth Comm. Home Health. Agy Inc.** | | | **Healthcare** | **2004-2011** |
| **Commonwealth Comm. Mgmt. Co., Inc.** | | | **Healthcare** | **1994-2012** |
| **Commonwealth Rehab. and Nursing Center** | | **of the North Shore, Inc.** | **Healthcare** | **1995-2012** |
| **Commonwealth Rehab and Nursing Ctr** | | **of the South Shore, Inc.** | **Healthcare** | **1995-2012** |
| **Commonwealth Rehab and Nursing Ctr** | | **of Ayer, Inc.** | **Healthcare** | **1995-2012** |
| **Diamond Strategies, LLC** | | | | **2006-2011** |
| **Energy Nutrition and Weight Loss LLC** | | | **Healthcare** | **2010-2013** |
| **Healthcare Biocheck Solutions LLC** | | | **Healthcare** | **2007-2011** |
| **Healthcare Staffing Group LLC** | | | **Healthcare** | **2001-2011** |
| **Smartliving LLC** | | | | **2006-2011** |
| **Tenspa Holdings, LLC** | | | **Health Clubs** | **2009-2014** |
| **Commonwealth SBN LLC** | | | **Healthcare** | **2000-2011** |

B7 (Official Form 7) (04/13)                                                                      8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **In Good Health, Inc.** | | **Brockton, MA** | **Non-profit. Medical marijuana dispensary. Debtor has no ownership or other interest, but provided consulting services, and lists this for disclosure purposes only.** | **Not yet operating** |
| **FURTHER INFORMATION** | | | **Debtor owned several other businesses that closed more than six years ago. For full disclosure, a list from the Sec. of State is attached** | |

None
■      b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐      a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED
**David A Hentoff, CPA**                                  **Several years**
**Kennedy, Hentoff & Patterson, LLP**
**181 Wells Ave, Suite 301**
**Newton Center, MA 02459-3344**

None
■      b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                           ADDRESS                          DATES SERVICES RENDERED

None
■      c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None
☐      d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

B7 (Official Form 7) (04/13)                                                                                                            9

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Bank of America** | **March 2014** |
| **c/o Thomas Pontes** | |
| **Wynn and Wynn** | |
| **90 New State Highway** | |
| **Raynham, MA 02767** | |

---

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
10

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May 26, 2015**                          Signature   **/s/ Douglas B. Noble**

                                                            **Douglas B. Noble**
                                                            Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*





**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts

# Corporations Division

## Business Entity results

**Number of records: 168**

**Print results**

| Name | Position | Individual's Address | Entity Name | ID No. | Old ID No. |
|------|----------|---------------------|-------------|--------|-----------|
| NOBLE , DOUGLAS | MANAGER | | **BRAINTREE REALTY LLC** | 043490471 | 000678162 |
| NOBLE , DOUGLAS | SOC Signatory | | **COMMONWEALTH BRAINTREE REALTY, LLC** | 000865118 | |
| NOBLE , DOUGLAS | Real Property | | **COMMONWEALTH BRAINTREE REALTY, LLC** | 000865118 | |
| NOBLE , DOUGLAS B | SOC SIGNATORY | | **CC TEN WR LLC** | 262424657 | 000977845 |
| NOBLE , DOUGLAS B | REAL PROPERTY | | **CC TEN WR LLC** | 262424657 | 000977845 |
| NOBLE , DOUGLAS B | REAL PROPERTY | | **CC TEN, LLC** | 331145053 | 000937532 |
| NOBLE , DOUGLAS B | SOC SIGNATORY | | **CC TEN, LLC** | 331145053 | 000937532 |
| NOBLE , DOUGLAS B | MANAGER | | **F. S. POPS, LLC** | 205338440 | 000929900 |
| NOBLE , DOUGLAS B | SOC SIGNATORY | | **F. S. POPS, LLC** | 205338440 | 000929900 |
| NOBLE , DOUGLAS B | MANAGER | | **HEALTHCARE BIOCHECK SOLUTIONS LLC** | 000958914 | |
| NOBLE , DOUGLAS B | MANAGER | | **HEALTHCARE STAFFING GROUP LLC** | 043576828 | 000801604 |
| NOBLE , DOUGLAS B | MANAGER | | **JADD CONSULTING LLC** | 001138245 | |
| NOBLE , DOUGLAS B | REAL PROPERTY | | **JADD CONSULTING LLC** | 001138245 | |
| NOBLE , DOUGLAS B | MANAGER | | **SPECIALTY MEDICAL EQUIPMENT LLC** | 542137814 | 000856015 |
| | | | | 542137814 | 000856015 |

Mass. Corporations, external master page                    Page 2 of 10

Case 15-12077   Doc 1   Filed 05/26/15   Entered 05/26/15 16:09:38   Desc Main
                Document        Page 54 of 76

| | | | | | |
|---|---|---|---|---|---|
| NOBLE , DOUGLAS B | REAL PROPERTY | | **SPECIALTY MEDICAL EQUIPMENT LLC** | | |
| NOBLE , DOUGLAS B | PRESIDENT | 4 BROOK ST #3 SCITUATE, MA 02066 USA | **THE EDUCE FOUNDATION CORP.** | 202789086 | 000934761 |
| NOBLE , DOUGLAS B | CLERK | 4 BROOK ST #3 SCITUATE, MA 02066 USA | **THE EDUCE FOUNDATION CORP.** | 202789086 | 000934761 |
| NOBLE , DOUGLAS B | TREASURER | 4 BROOK ST #3 SCITUATE, MA 02066 USA | **THE EDUCE FOUNDATION CORP.** | 202789086 | 000934761 |
| NOBLE , DOUGLAS B | DIRECTOR | 4 BROOK ST #3 SCITUATE, MA 02066 USA | **THE EDUCE FOUNDATION CORP.** | 202789086 | 000934761 |
| NOBLE , DOUGLAS B | PRESIDENT | 110 STUART ST 18F BOSTON, MA 02113 USA | **TICKET CITY, INC.** | 043224696 | 000475524 |
| NOBLE , DOUGLAS B | DIRECTOR | 110 STUAET ST 18F BOSTON, MA 02116 USA | **TICKET CITY, INC.** | 043224696 | 000475524 |
| NOBLE , DOUGLAS B | MANAGER | | **WEJJ-MED REALTY LLC** | 522226202 | |
| NOBLE, DOUGLAS B. | PRESIDENT | 15 MARIA CIRCLE, NEWTON, MA USA 15 MARIA CIRCLE, NEWTON, MA USA | **COMMONWEALTH COMMUNITIES, INC.** | 000615254 | 000000000 |
| NOBLE, DOUGLAS B. | PRESIDENT | 25 JUNIPER RD., SHARON, MA 02067 USA 25 JUNIPER RD., SHARON, MA 02067 USA | **COMMONWEALTH REHABILITATION AND NURSING CENTER OF ALLSTON, I** | 000519332 | 000000000 |
| NOBLE, DOUGLAS B. | SECRETARY | 25 JUNIPER RD., SHARON, MA 02067 USA 25 JUNIPER RD., SHARON, MA 02067 USA | **COMMONWEALTH REHABILITATION AND NURSING CENTER OF ALLSTON, I** | 000519332 | 000000000 |
| NOBLE, DOUGLAS B. | PRESIDENT | 25 JUNIPER RD., SHARON, MA 02067 USA 25 JUNIPER RD., SHARON, MA 02067 USA | **COMMONWEALTH REHABILITATION AND NURSING CENTER OF MAPLE HIL\*** | 000519330 | 000000000 |
| NOBLE, DOUGLAS B. | SECRETARY | 25 JUNIPER RD., SHARON, MA 02067 USA 25 JUNIPER RD., | **COMMONWEALTH REHABILITATION AND NURSING CENTER OF MAPLE HIL\*** | 000519330 | 000000000 |

Case 15-12077    Doc 1    Filed 05/26/15    Entered 05/26/15 16:09:38    Desc Main
Document    Page 55 of 76

| | | SHARON, MA 02067 USA | | | |
|---|---|---|---|---|---|
| NOBLE, DOUGLAS B. | PRESIDENT | 25 JUNIPER RD., SHARON, MA 02067 USA 25 JUNIPER RD., SHARON, MA 02067 USA | **COMMONWEALTH REHABILITATION AND NURSING CENTER OF SPRINGFIE\*** | 000519331 | 000000000 |
| NOBLE, DOUGLAS B. | SECRETARY | 25 JUNIPER RD., SHARON, MA 02067 USA 25 JUNIPER RD., SHARON, MA 02067 USA | **COMMONWEALTH REHABILITATION AND NURSING CENTER OF SPRINGFIE\*** | 000519331 | 000000000 |
| NOBLE, DOUGLAS B. | SECRETARY | 25 JUNIPER RD., SHARON, MA 02067 USA 25 JUNIPER RD., SHARON, MA 02067 USA | **COMMONWEALTH REHABILITATION AND NURSING CENTER OF WASHINGTO\*** | 000519329 | 000000000 |
| NOBLE, DOUGLAS B. | PRESIDENT | 25 JUNIPER RD., SHARON, MA 02067 USA 25 JUNIPER RD., SHARON, MA 02067 USA | **COMMONWEALTH REHABILITATION AND NURSING CENTER OF WASHINGTO\*** | 000519329 | 000000000 |
| NOBLE , DOUGLAS B. | MANAGER | | **BRAINTREE NURSING LLC** | 043490472 | 000080004 |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **BRAINTREE NURSING LLC** | 043490472 | 000080004 |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **BRAINTREE NURSING LLC** | 043490472 | 000080004 |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **BRAINTREE REALTY LLC** | 043490471 | 000678162 |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **BRAINTREE REALTY LLC** | 043490471 | 000678162 |
| NOBLE , DOUGLAS B. | MANAGER | | **CHOICE HEALTHCARE STAFFING LLC** | 000885436 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **CHOICE HEALTHCARE STAFFING LLC** | 000885436 | |
| NOBLE , DOUGLAS B. | MANAGER | | **CHRS LLC** | 000543654 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **CHRS LLC** | 000543654 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **CHRS LLC** | 000543654 | |
| NOBLE , DOUGLAS B. | MANAGER | | **CHRS LLC** | 043379320 | 000831990 |

Mass. Corporations, external master page                    Page 4 of 10

Case 15-12077    Doc 1    Filed 05/26/15    Entered 05/26/15 16:09:38    Desc Main
Document        Page 56 of 76

| NOBLE, DOUGLAS B. | SOC SIGNATORY | | CHRS LLC | 043379320 | 000831990 |
|---|---|---|---|---|---|
| NOBLE, DOUGLAS B. | REAL PROPERTY | | CHRS LLC | 043379320 | 000831990 |
| NOBLE, DOUGLAS B. | MANAGER | | COMMONWEALTH AN LLC | 820552840 | 000821310 |
| NOBLE, DOUGLAS B. | REAL PROPERTY | | COMMONWEALTH AN LLC | 820552840 | 000821310 |
| NOBLE, DOUGLAS B. | SOC SIGNATORY | | COMMONWEALTH AN LLC | 820552840 | 000821310 |
| NOBLE, DOUGLAS B. | MANAGER | | COMMONWEALTH BH LLC | 043557855 | 043557855 |
| NOBLE, DOUGLAS B. | SOC SIGNATORY | | COMMONWEALTH BH LLC | 043557855 | 043557855 |
| NOBLE, DOUGLAS B. | MANAGER | | COMMONWEALTH CN LLC | 820552843 | 000821390 |
| NOBLE, DOUGLAS B. | REAL PROPERTY | | COMMONWEALTH CN LLC | 820552843 | 000821390 |
| NOBLE, DOUGLAS B. | SOC SIGNATORY | | COMMONWEALTH CN LLC | 820552843 | 000821390 |
| NOBLE, DOUGLAS B. | PRESIDENT | 15 MARIA CIRCLE, NEWTON, MA USA | COMMONWEALTH COMMUNITIES DEVELOPMENT CO., INC. | 043295236 | 000504403 |
| NOBLE, DOUGLAS B. | SECRETARY | 15 MARIA CIRCLE, NEWTON, MA USA | COMMONWEALTH COMMUNITIES DEVELOPMENT CO., INC. | 043295236 | 000504403 |
| NOBLE, DOUGLAS B. | SOC SIGNATORY | | COMMONWEALTH COMMUNITIES DEVELOPMENT LLC | 000833400 | |
| NOBLE, DOUGLAS B. | SOC SIGNATORY | | COMMONWEALTH COMMUNITIES HOLDINGS LLC | 043379314 | |
| NOBLE, DOUGLAS B. | MANAGER | | COMMONWEALTH COMMUNITIES HOLDINGS LLC | 043379314 | |
| NOBLE, DOUGLAS B. | REAL PROPERTY | | COMMONWEALTH COMMUNITIES HOLDINGS LLC | 043379314 | |
| NOBLE, DOUGLAS B. | SOC SIGNATORY | | COMMONWEALTH COMMUNITIES HOME HEALTH CARE AGENCY LLC | 200658437 | 000859181 |
| NOBLE, DOUGLAS B. | REAL PROPERTY | | COMMONWEALTH COMMUNITIES HOME HEALTH CARE AGENCY LLC | 200658437 | 000859181 |

Mass. Corporations, external master page | Page 5 of 10

Case 15-12077    Doc 1    Filed 05/26/15    Entered 05/26/15 16:09:38    Desc Main
Document    Page 57 of 76

| Name | Role | Address | Company | | |
|---|---|---|---|---|---|
| NOBLE , DOUGLAS B. | DIRECTOR | 15 MARLA CIRCLE NEWTON, MA 02459 USA | **COMMONWEALTH COMMUNITIES MANAGEMENT CO., INC.** | 043249052 | 000479193 |
| NOBLE , DOUGLAS B. | SECRETARY | 15 MARLA CIRCLE NEWTON, MA 02459 USA | **COMMONWEALTH COMMUNITIES MANAGEMENT CO., INC.** | 043249052 | 000479193 |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **COMMONWEALTH COMMUNITIES MANAGEMENT CO., LLC** | 043490466 | 000678568 |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **COMMONWEALTH COMMUNITIES MANAGEMENT CO., LLC** | 043490466 | 000678568 |
| NOBLE , DOUGLAS B. | MANAGER | | **COMMONWEALTH COMMUNITIES MANAGEMENT CO., LLC** | 043490466 | 000678568 |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **COMMONWEALTH COMMUNITIES MANAGEMENT LLC** | 000833399 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **COMMONWEALTH COMMUNITIES MANAGEMENT LLC** | 000833399 | |
| NOBLE , DOUGLAS B. | SOC Signatory | | **COMMONWEALTH LAL LLC** | 043385932 | |
| NOBLE , DOUGLAS B. | MANAGER | | **COMMONWEALTH LN LLC** | 820552845 | 000821311 |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **COMMONWEALTH LN LLC** | 820552845 | 000821311 |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **COMMONWEALTH LN LLC** | 820552845 | 000821311 |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **COMMONWEALTH LOWELL REALTY LLC** | 043480552 | 000669303 |
| NOBLE , DOUGLAS B. | MANAGER | | **COMMONWEALTH LOWELL REALTY LLC** | 043480552 | 000669303 |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **COMMONWEALTH LOWELL REALTY LLC** | 043480552 | 000669303 |
| NOBLE , DOUGLAS B. | SOC Signatory | | **COMMONWEALTH NAL LLC** | 020568233 | 000813404 |
| NOBLE , DOUGLAS B. | Real Property | | **COMMONWEALTH NAL LLC** | 020568233 | 000813404 |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **COMMONWEALTH NN LLC** | 020568209 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **COMMONWEALTH NN LLC** | 020568209 | |

Case 15-12077    Doc 1    Filed 05/26/15    Entered 05/26/15 16:09:38    Desc Main
Document    Page 58 of 76

| NOBLE , DOUGLAS B. | SECRETARY | 15 MARLA CIRCLE NEWTON, MA 02165 USA | **COMMONWEALTH REHABILITATION AND NURSING CENTER OF LEE, INC.** | 043297809 | 043298090 |
|---|---|---|---|---|---|
| NOBLE , DOUGLAS B. | PRESIDENT | 15 MARLA CIRCLE NEWTON, MA 02165 USA | **COMMONWEALTH REHABILITATION AND NURSING CENTER OF LEE, INC.** | 043297809 | 043298090 |
| NOBLE , DOUGLAS B. | DIRECTOR | 15 MARLA CIRCLE NEWTON, MA 02165 USA | **COMMONWEALTH REHABILITATION AND NURSING CENTER OF LEE, INC.** | 043297809 | 043298090 |
| NOBLE , DOUGLAS B. | PRESIDENT | 15 MARLA CIR. NEWTON, MA 02459 USA | **COMMONWEALTH REHABILITATION AND NURSING CENTER OF THE NORTH*** | 043280764 | 043295236 |
| NOBLE , DOUGLAS B. | SECRETARY | 15 MARLA CIR. NEWTON, MA 02459 USA | **COMMONWEALTH REHABILITATION AND NURSING CENTER OF THE NORTH*** | 043280764 | 043295236 |
| NOBLE , DOUGLAS B. | PRESIDENT | 15 MARIA CIRCLE, NEWTON, MA USA | **COMMONWEALTH REHABILITATION AND NURSING CENTER OF THE SOUTH*** | 043285888 | 043291701 |
| NOBLE , DOUGLAS B. | SECRETARY | 15 MARIA CIRCLE, NEWTON, MA USA | **COMMONWEALTH REHABILITATION AND NURSING CENTER OF THE SOUTH*** | 043285888 | 043291701 |
| NOBLE , DOUGLAS B. | PRESIDENT | 15 MARIA CIRCLE, NEWTON, MA USA | **COMMONWEALTH REHABILITION AND NURSING CENTER OF AYER, INC.** | 043291701 | 043280764 |
| NOBLE , DOUGLAS B. | SECRETARY | 15 MARIA CIRCLE, NEWTON, MA USA | **COMMONWEALTH REHABILITION AND NURSING CENTER OF AYER, INC.** | 043291701 | 043280764 |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **COMMONWEALTH SH LLC** | 043552259 | 000744930 |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **COMMONWEALTH SN LLC** | 522226218 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **COMMONWEALTH SN LLC** | 522226218 | |
| NOBLE , DOUGLAS B. | MANAGER | | **COMMONWEALTH SOUTHBRIDGE REALTY LLC** | 043409791 | 000607436 |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | | 043409791 | 000607436 |

Mass. Corporations, external master page                    Page 7 of 10

Case 15-12077    Doc 1    Filed 05/26/15    Entered 05/26/15 16:09:38    Desc Main
Document        Page 59 of 76

| | | | | | |
|---|---|---|---|---|---|
| | | | **COMMONWEALTH SOUTHBRIDGE REALTY LLC** | | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **COMMONWEALTH SOUTHBRIDGE REALTY LLC** | 043409791 | 000607436 |
| NOBLE , DOUGLAS B. | MANAGER | | **COMMONWEALTH WILLOW GLEN LLC** | 043379319 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **COMMONWEALTH WN LLC** | 820552848 | 000821319 |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **COMMONWEALTH WN LLC** | 820552848 | 000821319 |
| NOBLE , DOUGLAS B. | MANAGER | | **COMMONWEALTH WN LLC** | 820552848 | 000821319 |
| NOBLE , DOUGLAS B. | MANAGER | | **DEDHAM ENDICOTT REALTY LLC** | 043582499 | 000685091 |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **DEDHAM ENDICOTT REALTY LLC** | 043582499 | 000685091 |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **DEDHAM ENDICOTT REALTY LLC** | 043582499 | 000685091 |
| NOBLE , DOUGLAS B. | MANAGER | | **DIAMOND STRATEGIES, LLC** | 000918524 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **DIAMOND STRATEGIES, LLC** | 000918524 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **DIAMOND STRATEGIES, LLC** | 000918524 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **DN LLC** | 020568204 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **DN LLC** | 020568204 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **ENERGY NUTRITION AND WEIGHT LOSS LLC** | 272482562 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **ENERGY NUTRITION AND WEIGHT LOSS LLC** | 272482562 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **HEALTHCARE BIOCHECK SOLUTIONS LLC** | 000958914 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **HEALTHCARE STAFFING GROUP LLC** | 043576828 | 000801604 |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **HEALTHCARE STAFFING GROUP LLC** | 043576828 | 000801604 |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | | 000831991 | |

Mass. Corporations, external master page        Page 8 of 10

Case 15-12077   Doc 1   Filed 05/26/15   Entered 05/26/15 16:09:38   Desc Main

Document     Page 60 of 76

| | | | | | |
|---|---|---|---|---|---|
| | | | **LAUREL LAKE ASSISTED LIVING LLC** | | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **LAUREL LAKE ASSISTED LIVING LLC** | 000831991 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **LLN LLC** | 043385923 | |
| NOBLE , DOUGLAS B. | MANAGER | | **LLN LLC** | 043385923 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **LLN LLC** | 043385923 | |
| NOBLE , DOUGLAS B. | MANAGER | | **LOWELL ASSISTED LIVING LLC** | 043480548 | 000669300 |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **LOWELL ASSISTED LIVING LLC** | 043480548 | 000669300 |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **LOWELL ASSISTED LIVING LLC** | 043480548 | 000669300 |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **NEEDHAM AVERY REALTY LLC** | 043582497 | 000685092 |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **NEEDHAM AVERY REALTY LLC** | 043582497 | 000685092 |
| NOBLE , DOUGLAS B. | MANAGER | | **SMARTLIVING LLC** | 000935208 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **SMARTLIVING LLC** | 000935208 | |
| NOBLE , DOUGLAS B. | MANAGER | | **SOUTHBRIDGE ASSISTED LIVING LLC** | 043480555 | 000669302 |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **SOUTHBRIDGE ASSISTED LIVING LLC** | 043480555 | 000669302 |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **SOUTHBRIDGE ASSISTED LIVING LLC** | 043480555 | 000669302 |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | **SPRINGFIELD REALTY LLC** | 000745199 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **SPRINGFIELD REALTY LLC** | 000745199 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **STOUGHTON HOSPITAL LLC** | 000809889 | |
| NOBLE , DOUGLAS B. | MANAGER | | **TENSPA HOLDINGS, LLC** | 000998369 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **TENSPA HOLDINGS, LLC** | 000998369 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | **WALTHAM FOOD SERVICES LLC** | 000866453 | |

Mass. Corporations, external master page        Page 9 of 10

Case 15-12077    Doc 1    Filed 05/26/15    Entered 05/26/15 16:09:38    Desc Main

Document    Page 61 of 76

| | | | | | |
|---|---|---|---|---|---|
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | WALTHAM FOOD SERVICES LLC | 000866453 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | WEJJ-MED REALTY LLC | 522226202 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | AXIS PURCHASING LLC | 000759501 | |
| NOBLE , DOUGLAS B. | MANAGER | | AXIS PURCHASING LLC | 000759501 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | AXIS PURCHASING LLC | 000759501 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | COMMONWEALTH BH LLC | 043557855 | 043357855 |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | COMMONWEALTH BMN LLC | 522226211 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | COMMONWEALTH BMN LLC | 522226211 | |
| NOBLE , DOUGLAS B. | MANAGER | | COMMONWEALTH COMMUNITIES DEVELOPMENT LLC | 043374355 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | COMMONWEALTH COMMUNITIES DEVELOPMENT LLC | 043374355 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | COMMONWEALTH COMMUNITIES DEVELOPMENT LLC | 043374355 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | COMMONWEALTH COUNTRY ESTATES LLC | 043379317 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | COMMONWEALTH COUNTRY ESTATES LLC | 043379317 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | COMMONWEALTH FORESTVIEW LLC | 043379315 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | COMMONWEALTH FORESTVIEW LLC | 043379315 | |
| NOBLE , DOUGLAS B. | Manager | | COMMONWEALTH LAL LLC | 043385932 | |
| NOBLE , DOUGLAS B. | Real Property | | COMMONWEALTH LAL LLC | 043385932 | |
| NOBLE , DOUGLAS B. | MANAGER | | COMMONWEALTH LAUREL LAKE REALTY LLC | 043368306 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | COMMONWEALTH LAUREL LAKE REALTY LLC | 043368306 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | | 043368306 | |

Mass. Corporations, external master page                    Page 10 of 10

Case 15-12077    Doc 1    Filed 05/26/15    Entered 05/26/15 16:09:38    Desc Main
Document        Page 62 of 76

| | | | COMMONWEALTH LAUREL LAKE REALTY LLC | | |
|---|---|---|---|---|---|
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | COMMONWEALTH MEADOWBROOK LLC | 043379318 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | COMMONWEALTH MEADOWBROOK LLC | 043379318 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | COMMONWEALTH ROCHDALE COMMONS LLC | 043379316 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | COMMONWEALTH ROCHDALE COMMONS LLC | 043379316 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | COMMONWEALTH SBN LLC | 522226217 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | COMMONWEALTH SBN LLC | 522226217 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | COMMONWEALTH SH LLC | 043552259 | 000744930 |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | COMMONWEALTH WILLOW GLEN LLC | 043379319 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | COMMONWEALTH WILLOW GLEN LLC | 043379319 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | FRN LLC | 522226213 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | FRN LLC | 522226213 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | HOLLINGSWORTH NURSING LLC | 522226208 | |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | HOLLINGSWORTH NURSING LLC | 522226208 | |
| NOBLE , DOUGLAS B. | MANAGER | | SPRINGFIELD NURSING LLC | 043552260 | 000745200 |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | SPRINGFIELD NURSING LLC | 043552260 | 000745200 |
| NOBLE , DOUGLAS B. | REAL PROPERTY | | WEJJ-MED LEASING LLC | 522231225 | |
| NOBLE , DOUGLAS B. | SOC SIGNATORY | | WEJJ-MED LEASING LLC | 522231225 | |

New Search

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Massachusetts

In re   **Douglas B. Noble**  _____   Case No. _____
                                    Debtor(s)              Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Barry Kirshner** | **Describe Property Securing Debt:**<br>**WEJJ-MED Realty LLC; F.S. Pops, LLC** |

Property will be (check one):
■ Surrendered                     ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                     ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **May 26, 2015** _____        Signature   **/s/ Douglas B. Noble** _____
                                                           **Douglas B. Noble**
                                                           Debtor

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Form B 201A, Notice to Consumer Debtor(s)                                                                                              Page 2

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### District of Massachusetts

In re    **Douglas B. Noble**                                          Case No.
_____      Chapter    **7**
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Douglas B. Noble**                          X  **/s/ Douglas B. Noble**                **May 26, 2015**
Printed Name(s) of Debtor(s)                     Signature of Debtor                    Date

Case No. (if known)  _____    X  _____
                                                 Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## District of Massachusetts

In re    **Douglas B. Noble**                                                     Case No.
_____
                                                    Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **May 26, 2015**                          **/s/ Douglas B. Noble**
_____          _____
                                                    **Douglas B. Noble**
                                                    Signature of Debtor

1400 Road Associates
c/o The Hamilton Company
34 Brighton Avenue
Allston, MA 02134

21st Century Family Fitness
CEO Kim Trapilo
c/o Norwell Athletic Club
412 Washington Street
Norwell, MA 02061

A.Liboratorie & Sons
7B Winthrop Street
Framingham, MA 01702

Abby Schwab
437 Water Street
Framingham, MA 01701

ADP
7000 Village Drive
Buena Park, CA 90621

AK Partners - Al Ross
c/o Kennedy, Hentoff & Patterson
181 Wells Avenue
Newton Center, MA 02459

Alejandra Hernandez
478 Trapelo Road, Apt. 2
Belmont, MA 02478

American Express
c/o Zwicker & Associates
200 Minuteman Road, Ste. 202
Andover, MA 01810

American Express
PO Box 981537
El Paso, TX 79998

Angulo Esmilda
50 Dinsmore Avenue, #210
Framingham, MA 01702

Aukstikalis Gilija
11 Staten Road
Braintree, MA 02184

Bank of America
36 New State Highway
Raynham, MA 02767

Bank of America
PO Box 9822235
El Paso, TX 79998

Barb Norton
234 Brewer Street
Northborough, MA 01532

Barclays Bank Delaware
700 Prides Crossing
Newark, DE 19713

Barry Kirshner
15 Thorney Lea Road
Sharon, MA 02067

Beth Gifford
22 Hardwick Road
Natick, MA 01760

Bloomingdales
c/o Capital Management Services
698 1/2 So. Ogden Street
Buffalo, NY 14206

Bloomingdales/DSNB
PO Box 8218
Mason, OH 45040

Blue Cross Blue Shield
PO Box 371318
Pittsburgh, PA 15250

BMI General Music Licensing
PO Box 406741
Atlanta, GA 30384

Brookline Ice
c/o Carl Brugnoli, Esq.
PO Box 320530
West Roxbury, MA 02132

Cap1/Neiman
PO Box 30253
Salt Lake City, UT 84130

Capital One
c/o Schreiber/Cohen LLC
53 Stiles Road - Ste A102
Salem, NH 03079

Carmen Nappa
528 Chestnut Street
Franklin, MA 02038

Cartridge World Weymouth
646 Middle Street
East Weymouth, MA 02189

CBNA
PO Box 769006
San Antonio, TX 78245

Chase Bank
c/o United Recovery Systems
PO Box 722929
Houston, TX 77272

Chase Card
PO Box 15298
Wilmington, DE 19850

Christina Zazzara
66 Dacella Road
Dedham, MA 02026

Citi Cards/Citibank
PO Box 6241
Sioux Falls, SD 57117

Citibank
c/o Capital Management Services
698 1/2 So. Ogden Street
Buffalo, NY 14206

Columbia Gas of MA
PO Box 742514
Cincinnati, OH 45274

Comcast
PO Box 1577
Newark, NJ 07101

Corey and Courtney Nappa
528 Chestnut Street
Franklin, MA 02038

De Lage Laden Financial Services
111 Old Eagle School Road
Wayne, PA 19087

Deb Petro
11 Pitt Road
Framingham, MA 01701

Dianna Gallagher, Esq.
Wynn & Wynn, P.C.
90 New State Hwy
Raynham, MA 02767

DSCI
PO Box 984001
Boston, MA 02298

Elina Salon and Day Spa, Inc.
c/o Roger Mavrides
20 Thoreau Road
Canton, MA 02021

Emily Lofliln
25 Willis Street, Apt. 31
Framingham, MA 01702

Empire Engineering
263 Revere Street
Canton, MA 02021

Erica Kotin
3 Keane Terrace
Natick, MA 01760

Facilico Electrical Contracting
10 Walnut Hill Park
Woburn, MA 01801

Frank Lamperelli
1026 Turnpike Street
Canton, MA 02021

G& B Properties
c/o Neal Bingham, Esq.
Davis Malm D'Agostine
One Boston Place, 37th Floor
Boston, MA 02108

George and Phyllis Glass
2450 Presidential Way
West Palm Beach, FL 33401

Gladu Shari
22 Ferndale Road
Natick, MA 01760

Gorham Fire Appliance Co
288 Willard Street
Quincy, MA 02169

Gregory Galvin, Esq.
775 Pleasant Street - #16
East Weymouth, MA 02189

Guardian
PO Box 677458
Dallas, TX 75267

Harvard Pilgrim Insurance
PO Box 970050
Boston, MA 02297

Heather Cadman
13 Maple Lane
Framingham, MA 01702

HT Berry Co., Inc.
50 North Street
Canton, MA 02021

Jay Epstein
2704 Monrovia Drive
Las Vegas, NV 89117

Jenny Fotopoulos
319 East Street, Apt. 304
Dedham, MA 02026

Jill Brenner Meixel
Krokidas & Bluestein LLP
600 Atlantic Avenue, 19th Floor
Boston, MA 02210

Jocelyn Bergeron
16 Wolfe Street
West Roxbury, MA 02132

Julie Montalfo
6 Allison Way
Natick, MA 01760

Karen Fishman
313 Union Street
Ashland, MA 01721

Kathleen Potts
c/o Joshua D. Krell, Esq.
Clark, Hunt, Ahern & Embry
150 Cambridgepark Drive
Cambridge, MA 02140

Kennedy Hentoff and Patterson LLP
181 Wells Ave, #301
Newton Center, MA 02459

Kimberly Trapilo
135 Circuit Street
Norwell, MA 02061

Lecor-Med, Inc.
52 Knapp Center
Brockton, MA 02301

Linda Ledbetter
21 Leach Lane
Natick, MA 01760

Linsey Ent. Ltd. Partnership
c/o M. Engleberg and L. Milgrim P.A.
4040 Sheridan Street
Hollywood, FL 33021

Mahar Chokair
1010 East Street
Dedham, MA 02026

Mark Abrams
c/o STAR Printing Corp.
1200 W. Chestnut Street
Brockton, MA 02301

Mark Epstein
6463 So. Dallas Court
Englewood, CO 80111

Marshall Kizner, Esq.
Stark & Stark
993 Lenox Drive - Bldg 2
Lawrence Township, NJ 08648

Mcilpack Inc
7614 NW 6th Avenue
Boca Raton, FL 33487

Melissa Kelleher
288 Beech Street, Apt. 1
Roslindale, MA 02131

Michael St Andre, Esq.
Davids & Cohen, P.C.
40 Washington Street
Wellesley Hills, MA 02481

Mister Vincent Hair Salon
1749 Central Street
Stoughton, MA 02072

Nancy Gauthier
2000 Presidential Way, #1001
West Palm Beach, FL 33401

Nicole Casagrande
30 James Street
Framingham, MA 01701

NSTAR Gas and Electric
One NSTAR Way NW210A
Westwood, MA 02090

OCW - Retail - Canton LLC
c/o Wilder Companies
800 Boylston Street - Ste. 1300
Boston, MA 02199

Paola Pacella
74 Berline Street
Dedham, MA 02026

Patricia Johnson
25 River Street, Apt. 2
Braintree, MA 02184

Patty McDonough
44 Bronx Road
West Roxbury, MA 02132

Portfolio Recovery Assocites
120 Corporate Blvd., Ste. 100
Norfolk, VA 23502

Prince Lobel Tye LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114

Quill
PO Box 37600
Philadelphia, PA 19101

Revolution Service Corp.
71 Elm Street, Unit 5
Foxboro, MA 02035

RG Shakour
254 Turnpike Road
Westborough, MA 01581

Richard Trapilo
c/o CP Bourg
5 Samuel Barnett Road
New Bedford, MA 02745

Richard Yurko, Esq.
Yurko Salvesen Remz P.C.
One Washington Mall - 11th Floor
Boston, MA 02108

RK Associates
450 Providence Hwy
Dedham, MA 02026

Ruth Abrams
c/o Mark Abrams
STAR Printing Corp.
1200 W. Chestnut Street
Brockton, MA 02301

Scott Herritt
c/o Smithfield Kitchen
560 Tremont Street
Boston, MA 02118

Sears/CBNA
PO Box 6282
Sioux Falls, SD 57117

Sheila Grove
Trustee 560-562 Tremont St. Realty Trust
560 Tremont Street
Boston, MA 02118

Stephen and Sally Goldman
5 Vinewood Road
Milton, MA 02186

Steve Goldman
75 Finnell Drive
Weymouth, MA 02188

Steven D. Frank, Esq.
161 Worcester Road, Suite 302
Framingham, MA 01701

Susan Doublani
115 Lagrange Street
West Roxbury, MA 02132

Sychronny Bank/Care Credit
PO Box 965036
Orlando, FL 32896

Thelma Linsey
c/o Kennedy, Hentoff & Patterson
181 Wells Avenue
Newton Center, MA 02459

Town of Dedham
26 Bryant Street
PO Box 306
Dedham, MA 02027

Town of Natick
13 East Central Street
Natick, MA 01760

US Air Mastercard
c/o First Financial Asset Management
PO Box 56245
Atlanta, GA 30343

WB Mason
P.O. Box 55840
Boston, MA 02205-5840

Wendy Donohue
c/o Lustria Salon and Spa
1400 Worcester Road
Natick, MA 01760

West Mechanical, Inc.
PO Box 2627
Westwood, MA 02090

Z Design Studio, Inc.
c/o Shahen Zarookian
100 Gilbert Road
Belmont, MA 02478

ZVI Construction Co., LLC
131 Dummer Street
Brookline, MA 02446