**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Douglas B. Noble                                **Case/AP Number** 15-12077 **-FJB**
                                                            **Chapter** 7

#22 Motion filed by Creditor Barry E. Kirshner for Relief from Stay Re: WEJJ-MED Realty LLC, F.S. Pops, LLC, Big Belly Solar, Inc., Commonwealth Communities Master Holding Company, LLC

**COURT ACTION:**

_____Hearing held

_____Granted       _____Approved       _____Moot

_____Denied        _____Denied without prejudice       _____Withdrawn in open court

_____Overruled     _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released       _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held on January 12, 2016.  Granted in part and denied in part.  The movant is hereby granted relief from the automatic stay as to the collateral specified in the motion except as to the Debtor's interest in Commonwealth Communities Master Holding Company, LLC ("Commonwealth").  The motion for relief as to Commonwealth is denied without prejudice.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____  Dated: 01/13/2016
Frank J. Bailey
United States Bankruptcy Judge